## 3383.  Edge v. Thomas.

Powell, J.  This court, by the constitutional amendment creating it, is limited in jurisdiction to the correction of errors of law alone, and therefore has no power to grant a new trial on the ground that the verdict is strongly contrary to the weight of the evidence, if there is any evidence at all to support it.  *Judgment affirmed.*
Decided July 25, 1911.

Assumpsit; from city court of Forsyth—Judge Cabaniss.  January 24, 1911.

*J. M. Fletcher, A. M. Zellner,* for plaintiff in error.
*Persons & Persons,* contra.

## 3437.  Henderson v. Henderson.

Powell, J.  1. In certiorari cases, brought upon possessory warrant proceedings, the judge of the superior court has full jurisdiction over all issues of fact.
2. The judgment in this case is not contrary to law.
*Judgment affirmed.*
Decided July 25, 1911.

Certiorari; from Floyd superior court—Judge Maddox.  April 2, 1911.

*Sharp & Sharp,* for plaintiff in error.
*Maddox & Doyal,* contra.